WILLIAM G. FRASER, Respondent, *v.* THE CITY OF BUFFALO et al., Appellants.

*Municipal corporations — Buffalo (city of) — taxpayer's action — city restrained from making payments on contract on ground that it was illegally awarded.*

*Fraser v. City of Buffalo,* 215 App. Div. 861, affirmed.

(Argued May 25, 1926; decided June 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 15, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in a taxpayer's action brought under section 51 of the General Municipal Law to have adjudged illegal a contract entered into by the city of Buffalo for certain plumbing work, on the ground that (1) the bid of the appellant Shaddock did not specify the credits to be allowed for water closets and slop sinks, which could be used again; (2) because the bid did not contain separate bids on the six so-called separate items, and (3) because the bid, as submitted, left it open to the contractor to claim that it did not include the so-called additional items.

*Frederick C. Rupp, Corporation Counsel (Frank C. Westphal* of counsel), for city of Buffalo et al., appellants.
*Frank J. Fitzpatrick* for William E. Shaddock, appellant.
*Henry Adsit Bull* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* VINCENT KING, Respondent.

*Appeal — crimes — unlawful possession of firearms — judgment of conviction reversed and new trial granted on law and facts — appeal to Court of Appeals dismissed.*

*People v. King,* 216 App. Div. 240, appeal dismissed.

(Argued May 26, 1926; decided June 9, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered